THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477
Facsimile: (213) 894-8601
Email: mark.aveis@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-00584-MMM |
| Plaintiff, | ) [proposed] ORDER ON MOTION TO DISMISS INDICTMENT |
| v. | ) [No hearing required] |
| OVIDIU-IONUT NICOLA-ROMAN, | ) |
| Defendant. | ) |

Based on the government's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the indictment in this case is hereby DISMISSED without prejudice against defendant OVIDIU-IONUT NICOLA-ROMAN, only.

DATED: October 1, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
U.S. DISTRICT JUDGE